<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____     Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                  04/20

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**                  **Port Arthur Steam Energy, LP**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**      2  6  –  0  1  0  2  1  2  7

4. **Debtor's address**

   **Principal place of business**

   **22819 Timberlake Creek Rd.**
   Number    Street

   _____

   **Tomball**            **TX**    **77377**
   City                  State    ZIP Code

   **Harris**
   County

   **Mailing address, if different from principal place of business**

   **P.O. Box 130**
   Number    Street

   P.O. Box

   **Port Arthur**        **TX**    **77641**
   City                  State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   **2815 Coke Dock Rd.**
   Number    Street

   **Port Arthur**        **TX**    **77640**
   City                  State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☒ Partnership (excluding LLP)
   ☐ Other.  Specify: _____

Debtor **Port Arthur Steam Energy, LP**                                    Case number (if known) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Port Arthur Steam Energy, LP** _____    Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                                 MM / DD / YYYY

       District _____ When _____ Case number _____
                                                 MM / DD / YYYY

       District _____ When _____ Case number _____
                                                 MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                              MM / DD / YYYY

       Case number, if known _____

       Debtor _____ Relationship _____

       District _____ When _____
                                              MM / DD / YYYY

       Case number, if known _____

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                            Number    Street

                                         _____

                                         City           State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

       Contact name _____

       Phone _____

Debtor **Port Arthur Steam Energy, LP**                    Case number (if known) _____

| **Statistical and adminstrative information** |

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/14/2021**
           MM / DD / YYYY

X **/s/ Nathan Belden**
Signature of authorized representative of debtor

**Nathan Belden**
Printed name

**Secretary, AIP/PASE, LLC, GP**
Title

Debtor **Port Arthur Steam Energy, LP**                Case number (if known) _____

| | | |
|---|---|---|
| **18. Signature of attorney** | **X** **/s/ Johnie Patterson** | Date **04/14/2021** |
| | Signature of attorney for debtor | MM / DD / YYYY |

**Johnie Patterson**
Printed name

**Walker & Patterson, P.C.**
Firm name

**P.O. Box 61301**
Number      Street

_____

**Houston**              **TX**      **77208**
City                      State    ZIP Code

**(713) 956-5577**          **jjp@walkerandpatterson.com**
Contact phone             Email address

**15601700**
Bar number             State

**Fill in this information to identify the case**

Debtor name **Port Arthur Steam Energy, LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Bank Of America Checking account** | **Checking account** | 8 4 1 7 | $257,546.00 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $257,546.00

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor   **Port Arthur Steam Energy, LP**                      Case number (if known) _____
_____
Name

                                                                                         **Current value of**
                                                                                         **debtor's interest**

**7.   Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9.   Total of Part 2.**                                                                 $0.00
    Add lines 7 through 8. Copy the total to line 81.

| **Part 3:** | **Accounts receivable** |
|---|---|

**10.  Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                                                         **Current value of**
                                                                                         **debtor's interest**

**11.  Accounts receivable**

11a. 90 days old or less:   **$0.00**   –   **$0.00**   = ..............➔   $0.00
                    face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   **$163,333.00**   –   **$163,333.00**   = ..............➔   $0.00
                    face amount          doubtful or uncollectible accounts

**12.  Total of Part 3**                                                                  $0.00
    Current value on lines 11a + 11b= line 12. Copy the total to line 82.

| **Part 4:** | **Investments** |
|---|---|

**13.  Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                             **Valuation method**        **Current value of**
                                             **used for current value**   **debtor's interest**

**14.  Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated**
    **businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and**
    **non-negotiable instruments not included in Part 1**

    Describe:

**17.  Total of Part 4**                                                                  $0.00
    Add lines 14 through 16. Copy the total to line 83.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

Debtor **Port Arthur Steam Energy, LP** _____ Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22.  Copy the total to line 84.

$0.00

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.

$0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor   **Port Arthur Steam Energy, LP**
_____   Case number (if known) _____
Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Ford Truck** **2014 Ford F150 Crew Cab Pickup, 120K miles** | | | $12,000.00 |
| 47.2. **Bobcat Loader** **Bobcat S160 Skid Steer Loader** | | | $15,000.00 |
| 47.3. **Forklift 1** | | | $18,000.00 |
| 47.4. **Forklift 2** | | | $5,000.00 |
| 47.5. **Genie Hi-Lift (JLG) Man-lift** **Articulating boom lift** | | | $20,000.00 |
| 47.6. **John Deere "Mule" type ATV** | | | $500.00 |
| 47.7. **Kawasaki "Mule" type ATV** | | | $500.00 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor **Port Arthur Steam Energy, LP**                Case number (if known) _____
          Name

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**Steam Turbine - Generator**
**GE, 4160V TEWAC, Max Ouput 6510KW,**
**770psig/770F inlet, 65psig exhaust** _____   _____   $325,000.00

**Boiler Feedwater Pump 1**
**Ingersoll Rand, Rated Capacity 550 gpm @ 1110**
**psig discharge pressure** _____   _____   $25,000.00

**Boiler Feedwater Pump 2**
**Ingersoll Rand, Rated Capacity 550 gpm @ 1110**
**psig discharge pressure** _____   _____   $25,000.00

**Boiler Feedwater Pump 3**
**Ingersoll Rand, Rated Capacity 550 gpm @ 1110**
**psig discharge pressure** _____   _____   $25,000.00

**Boiler Feedwater Pump 4**
**Ingersoll Rand, Rated Capacity 550 gpm @ 1110**
**psig discharge pressure** _____   _____   $25,000.00

**Terry Turbine Steam Turbine Driver**
**Rated 615 hp @ 4000 rpm, Inlet 800 psig/765°F,**
**Outlet 68 psig/504°F** _____   _____   $35,000.00

**1000 HP Electric Motor 1 (new/reconditioned)**
**GE, variable speed DC motor used to drive Boiler**
**ID fans and BFW pumps, 1000 hp, 1050 rpm,**
**750V, 1050 amps** _____   _____   $25,000.00

**1000 HP Electric Motor 2**
**GE, variable speed DC motor used to drive Boiler**
**ID fans and BFW pumps, 1000 hp, 1050 rpm,**
**750V, 1050 amps** _____   _____   $15,000.00

**1000 HP Electric Motor 3**
**GE, variable speed DC motor used to drive Boiler**
**ID fans and BFW pumps, 1000 hp, 1050 rpm,**
**750V, 1050 amps** _____   _____   $15,000.00

**1000 HP Electric Motor 4**
**GE, variable speed DC motor used to drive Boiler**
**ID fans and BFW pumps, 1000 hp, 1050 rpm,**
**750V, 1050 amps** _____   _____   $15,000.00

**1000 HP Electric Motor 5**
**GE, variable speed DC motor used to drive Boiler**
**ID fans and BFW pumps, 1000 hp, 1050 rpm,**
**750V, 1050 amps** _____   _____   $15,000.00

**1000 HP Electric Motor 6**
**GE, variable speed DC motor used to drive Boiler**
**ID fans and BFW pumps, 1000 hp, 1050 rpm,**
**750V, 1050 amps** _____   _____   $15,000.00

**Water Treatment System**
**Water Demineralization System consisting of**
**Three (3) Primary Cation Beds (each bed contains**
**442 cubic feet of resin), Three (3) Primary Anion**
**Beds (each bed contains 542 cubic feet of resin),**
**Two (2) Mixed Bed Polishers** _____   _____   $225,000.00

**Acid Storage Tank**
**Storage for 93% sulfuric, 10,075 gallon capacity** _____   _____   $5,000.00

Official Form 206A/B          **Schedule A/B: Assets -- Real and Personal Property**

Debtor   **Port Arthur Steam Energy, LP**                              Case number (if known) _____
                    Name

**Caustic Storage Tank**
Storage for 50% caustic, 10,075 gallon capacity _____ _____ **$5,000.00**

**Magnesium Hydroxide Mixing System**
Complete system includes bag (supersack)
unloader, mixing tank, storage tank, pumps &
instrumentation (installed new 2016) _____ _____ **$40,000.00**

**4160V | 600V Transformer**
1 x 4160V | 600V (installed new 2016) _____ _____ **$28,500.00**

**4160V | 600V Transformer**
1 x 4160V | 600V (functioning/taken out of service
2016) _____ _____ **$5,000.00**

**4160V | 480V Transformers**
2 x 4160V | 480V _____ _____ **$20,000.00**

**Instrument Air Compressor**
Sullair (low hours, installed in 2017); 300 scfm,
rated pressure 100psig, max pressure 232psig _____ _____ **$13,000.00**

**Emerson Delta V I/O Cards**
1 Lot (Total cards) _____ _____ **$60,000.00**

**Spare Parts (New)**
1 Lot _____ _____ **$539,250.00**

**Miscelllaneous Instruments**
1 Lot _____ _____ **$175,000.00**

**Spare Valves**
1 Lot _____ _____ **$220,000.00**

**Uninterruptible Power Supply System**
Ametek 15kVA Inverter w Bypass and 2 Chargers
3 free standing cabinets: Inverter, Charger1,
Charger2 Inverter: in 105]140VDC, out 120VAC
125A Charger: in 480VA 3phase 41.7A, out
130VDC 150ADCC&D Battery Cells: 60 ea, model
4XTRC21, w support rack _____ _____ **$22,800.00**

**5kV Switchgear lineup**
Westinghouse DHP Metal Clad Switchgear Lineup
4.16kVAC op Voltage, 1200A Bus w porcelain
insulators 6 vertical sections ea w DHP 1200A
drawout circuit breaker Vertical sections
equipped with protective relays, digital meters,
control switches, potential/current transformers,
control wiring, 1 revenue class electrical meter _____ _____ **$29,400.00**

**600V Motor Control Center**
Westinghouse 5 Star 480V Motor Control Center
2 vertical lineups: 480V 3 phase 4W 600A
horizontal bus, 9 sections each lineup (total of 18
vertical sections) Sections include miscellaneous
combination starters, circuit breakers, electrical
panels and drytype transformers _____ _____ **$10,800.00**

**600V Switchgear**
Metal Enclosed 600V Switchgear with Circuit
Breakers 2 vertical sections: 600V 3 phase 4W
1200V bus 3 Merlin]Gerlin 600V SELPAC DS2
DIT5 circuit breakers 1200AT per section (6
breakers total) _____ _____ **$8,000.00**

| Debtor | **Port Arthur Steam Energy, LP** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **600V Switchgear for Variable Speed Drives**<br>**Ross Hill ]] Metal Enclosed 600V Switchgear**<br>**with Variable Speed Drives Metal enclosed**<br>**switchgear with 7 vertical sections 1 incoming**<br>**section with metering 6 feeder sections each w**<br>**SquareD 600V MasterPact NT12H 1200AF**<br>**drawout circuit breaker with MicroLogic trip**<br>**units, and variable speed controllers for 1,000 hp**<br>**DC motors service** | | | **$24,424.00** |
| **Woodward Turbine Controls**<br>**Woodward 505 Turbine Controller and Woodward**<br>**Protech 203 overspeed protection controller** | | | **$10,500.00** |
| **Voltage Regulator for Synchronous Generator**<br>**Basler DECS200 Static Voltage Regulator**<br>**3 Phase 7 Amp Input 240VAC Ouput 125VDC**<br>**VR housed in steel floor cabinet w**<br>**instrumentation, control wiring, indicating lights,**<br>**transformers** | | | **$4,200.00** |
| **Protective Relay Panel**<br>**Floor mounted, free standing steel panel with**<br>**protective relays, control wiring, metering and**<br>**protection of incoming 4.16kV line and generator** | | | **$7,500.00** |
| **Boiler Unit 3, associated ducts, ladders &**<br>**platforms**<br>**Deltak, 140 kpph @ 770psig/770°F** | | | **$202,500.00** |
| **Boiler Unit 4, associated ducts, ladders &**<br>**platforms**<br>**Deltak, 140 kpph @ 770psig/770°F** | | | **$202,500.00** |
| **Boiler Unit 5, associated ducts, ladders &**<br>**platforms**<br>**Deltak, 210 kpph @ 770psig/770°F** | | | **$270,000.00** |
| **Boiler 3 ash removal system**<br>**incl. Plattco double]dump valves, screw**<br>**conveyors** | | | **$2,250.00** |
| **Boiler 4 ash removal system**<br>**incl. Plattco double]dump valves, screw**<br>**conveyors** | | | **$2,250.00** |
| **Boiler 5 ash removal system**<br>**incl. Plattco double]dump valves, screw**<br>**conveyors** | | | **$2,250.00** |
| **Unit 3 Induced Draft Fan**<br>**Barron Fan & Housing** | | | **$2,000.00** |
| **Unit 4 Induced Draft Fan**<br>**Barron Fan & Housing** | | | **$2,000.00** |
| **Unit 5 Induced Draft Fan**<br>**Barron Fan & Housing** | | | **$2,000.00** |
| **Extra Induced Draft Fan**<br>**Barron Fan - stored in laydown area** | | | **$500.00** |
| **Unit 3 Multiclone & Duct**<br>**Barron Multiclone** | | | **$3,500.00** |
| **Unit 4 Multiclone & Duct**<br>**Barron Multiclone** | | | **$3,500.00** |

Debtor   **Port Arthur Steam Energy, LP**                                     Case number (if known) _____
         Name

| | | | |
|---|---|---|---|
| **Unit 5 Multiclone & Duct**<br>**Barron Multiclone** | | | $3,500.00 |
| **Steam Pipeline incl piperack and saddles**<br>**20" insulated carbon steel pipe on saddles,**<br>**approx. 3000 ft** | | | $80,000.00 |
| **Aluminum Cable Tray** | | | $20,000.00 |
| **Water Storage Tank 1**<br>**500,000 gallon demineralized water storage tank,**<br>**lined carbon steel** | | | $168,600.00 |
| **Water Storage Tank 2**<br>**500,000 gallon demineralized water storage tank,**<br>**lined carbon steel** | | | $168,600.00 |
| **Deaerator**<br>**PMI Industries tray type unit, designed for 85 psig,**<br>**Heater Size: 7' - 6" x 4'6", Storage Size: 12'0" x**<br>**30'0", Storage capacity: 168,000 lbs** | | | $20,000.00 |
| **Copper Wire**<br>**1 Lot (incl. 10,480 ft 535MCM cable)** | | | $53,000.00 |
| **250KW Backup Diesel Generator** | | | $15,000.00 |
| **40 ft shipping container**<br>**purchased new 2016, doors on both ends** | | | $5,000.00 |
| **Steel Yard Ramp**<br>**purchased new 2016, used in lieu of loading dock**<br>**to unload shipping containers with forklift** | | | $2,500.00 |
| **Water Lab Equipment**<br>**Misc. instruments and equipment** | | | $750.00 |
| **Wilton 20" Variable Speed "Piddler"** | | | $500.00 |
| **Portable heaters**<br>**Four (4) propane fired heaters** | | | $200.00 |
| **Toolboxes & Tools**<br>**1 Lot** | | | $10,000.00 |
| **Welding machines** | | | $2,000.00 |
| **Spare small motors**<br>**Twelve (12), various makes/sizes** | | | $2,400.00 |
| **Clarified Water Pumps**<br>**Two (2) pumps, each 2,000 gpm w 75 hp motors** | | | $1,000.00 |
| **Demin Water Transfer Pumps**<br>**Three (3) Ingersoll Rand pumps, each 585 gpm** | | | $1,500.00 |
| **Cooling Water Pumps** | | | $500.00 |
| **Cooling Water Surge Drums** | | | $500.00 |
| **Closed Loop Heat Exchangers**<br>**Two (2) plate & frame heat exhchangers** | | | $1,500.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                    $3,336,674.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

Debtor  **Port Arthur Steam Energy, LP**　　　　　　　　　　　Case number (if known) _____
　　　　　Name

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **2815 Coke Dock Rd.**<br>**Port Arthur, TX 77640**<br>**2815 Coke Dock Rd., Port Arthur, TX**<br>**77640**<br>**Owned by the Kansas City Railroad**<br>**Co.  Oxbow leases the land for the**<br>**entire site (which includes the**<br>**Oxbow facility and the PASE facility)**<br>**from the Kansas City.  Debtor sub-**<br>**leases the plant.** | **Leasehold Interest** | | | **Unknown** |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.　　　**$0.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |

Debtor   **Port Arthur Steam Energy, LP**                    Case number (if known) _____
_____
Name

**65.** **Goodwill**

**66.** **Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.                                    | $0.00 |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11:  All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable** | |
| Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** | |
| **General Liability Insurance**<br>**Federal Insurance Co.**<br>**Policy # 3711-28-37 WCE** | $0.00 |
| **Auto Liability Insurance**<br>**Great Northern Insurance Co. (Chubb)**<br>**Policy # (20) 7359-16-95** | $0.00 |
| **Umbrella Insurance Policy**<br>**Federal Insurance Company (Chubb)**<br>**Policy # - 7986-79-38** | $0.00 |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **Judgment that remains unpaid against Oxbow** | $7,000,000.00 |
| Nature of claim        **Judgment** | |
| Amount requested | |
| **Claims against Oxbow Calcining (pending lawsuit) including:**<br>**Collection Of Judgment**<br>**Breach of Contract**<br>**Various Declaratory Actions**<br>**Good Faith & Fair Dealing**<br>**Breach Of Fiduciary Duty**<br>**RICO**<br>**Promissory Estoppel** | Unknown |
| Nature of claim     **See Pending Litigation v. Oxbow Calcinin** | |
| Amount requested | |

Debtor   **Port Arthur Steam Energy, LP**                              Case number (if known) _____
            Name

Oxbow owns/operates/maintains three emission stacks used to emit calcining fluegas from their kiln operation.  These particular stacks are referred to as "cold stacks" since they are attached to the outlet of the PASE boilers after extraction of heat energy from the flue gas. The flue gas is produced by Oxbow, and released by Oxbow through these stacks into the atmosphere under its air permit.

Corrosive liquid is now leaking out of the cold stacks into the PASE fan housings and require repair/replacement.

PASE has no responsibility for the cold stacks or the flue gas emissions, further PASE cannot work on the cold stacks since PASE does not own the cold stacks.

**Oxbow is responsible for the maintenance and repair of the Cold Stacks.** _____        **Unknown**

Nature of claim        **Repair/Contribution** _____

Amount requested        _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.

| $7,000,000.00 |
|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor      **Port Arthur Steam Energy, LP**                                Case number (if known) _____
                    Name

### Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $257,546.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,336,674.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $7,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | $10,594,220.00  +  91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................... **$10,594,220.00**

**Fill in this information to identify the case:**

Debtor name    **Port Arthur Steam Energy, LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**
_____

**Last 4 digits of account number**
___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**
_____
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____    _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     _____ **$0.00**

**Fill in this information to identify the case:**

Debtor **Port Arthur Steam Energy, LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.  Go to Part 2.
☑ Yes.  Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address | | Total claim | Priority amount |

| | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**Internal Revenue Service**

**P.O. Box 21126**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia          PA      19114**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number         ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

| **2.2** | Priority creditor's name and mailing address | | Unknown | Unknown |

**Jefferson Central Appraisal District**

**P.O. Box 21337**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Beaumont          TX      77720**

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number         ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

Debtor    **Port Arthur Steam Energy, LP**                              Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
      claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**BDO**

**20th Floor**

**2929 Allen Parkway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**              **TX**      **77019**

**Basis for the claim:**
**Accounting Services**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dunn & Neal LLP**

**3006 Brazos St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**              **TX**      **77006**

**Basis for the claim:**
**Attorney Fees**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Integral Power, LLC**

**22819 Timberlake Creek Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tomball**              **TX**      **77377**

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**McMahan & McMahan**

**Suite 191**

**10210 Grogans Mill Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Spring**              **TX**      **77380**

**Basis for the claim:**
**Accounting Services**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Debtor    **Port Arthur Steam Energy, LP**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.5**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **Unknown**
                                                                 *Check all that apply.*

**Oxbow Calcining LLC**                                           ☐ Contingent

**Town Center 1, Suite 320**                                     ☐ Unliquidated

**1450 Lake Robbbins**                                            ☑ Disputed

                                                                 Basis for the claim:

**Spring**                  **TX**    **77381**                  **Lease Agreement**

Date or dates debt was incurred    _____             Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                   ☑ No
                                                                 ☐ Yes

**3.6**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$200,000.00**
                                                                 *Check all that apply.*

**Oxbow Calcining LLC**                                           ☐ Contingent

**Town Center 1, Suite 320**                                     ☐ Unliquidated

**1450 Lake Robbbins**                                            ☑ Disputed

                                                                 Basis for the claim:

**Spring**                  **TX**    **77381**                  **Escrow Obligation**

Date or dates debt was incurred    _____             Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                   ☑ No
                                                                 ☐ Yes

Debtor __**Port Arthur Steam Energy, LP**_____     Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Kevin T. Jacobs** <br> **Suite 3200** <br> **910 Louisiana St** <br> **Houston** **TX** **77002** | Line __**3.6**__ <br><br> ☐ Not listed. Explain: | __x__ __b__ __o__ __w__ |
| **4.2** **Michael S. Goldberg** <br> **Suite 3200** <br> **910 Louisiana St** <br> **Houston** **TX** **77002** | Line __**3.6**__ <br><br> ☐ Not listed. Explain: | __x__ __b__ __o__ __w__ |
| **4.3** **Nischay K. Bhan** <br> **Suite 3200** <br> **910 Louisiana St** <br> **Houston** **TX** **77002** | Line __**3.6**__ <br><br> ☐ Not listed. Explain: | __ __ __ __ |

Debtor    **Port Arthur Steam Energy, LP**                          Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** $224,000.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $224,000.00 |

**Fill in this information to identify the case:**

Debtor name __**Port Arthur Steam Energy, LP**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number _____    Chapter __**11**__
(if known)

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Real Estate Lease (Sub-Lease) Transformer Lease Contract to be ASSUMED | Oxbow Calcining LLC Town Center 1, Suite 320 1450 Lake Robbbins |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Spring                    TX        77381 |

**Fill in this information to identify the case:**

Debtor name          **Port Arthur Steam Energy, LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.**

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Port Arthur Steam Energy, LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.......................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B...................................................... | **$10,594,220.00** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B......................................................... | **$10,594,220.00** |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................................ | **$0.00** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F....................................... | **$0.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................. | **+ $224,000.00** |

4. **Total liabilities**
   Lines 2 + 3a + 3b......................................................................................... | **$224,000.00** |

---

**Fill in this information to identify the case and this filing:**

Debtor Name   **Port Arthur Steam Energy, LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/14/2021**      **X** **/s/ Nathan Belden**
      MM / DD / YYYY       Signature of individual signing on behalf of debtor

                          **Nathan Belden**
                          Printed name

                          **Secretary, AIP/PASE, LLC, GP**
                          Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    **Port Arthur Steam Energy, LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

---

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

## Part 1:  Income

**1.  Gross revenue from business**

  ☐ None

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | | **Sources of revenue**<br>Check all that apply. | **Gross revenue**<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From  **01/01/2021**<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☑ Other _____ | **$10,588.00** |
| **For prior year:** | From  **01/01/2020**<br>MM / DD / YYYY | to | **12/31/2020**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$53,396.00** |
| **For the year before that:** | From  **01/01/2019**<br>MM / DD / YYYY | to | **12/31/2019**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$903,989.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

  ☑ None

---

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

  ☑ None

---

Debtor   **Port Arthur Steam Energy, LP**
_____   Case number (if known) _____
Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

**Part 3:    Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Oxbow Calcining LLC v. Port Arthur Steam Energy, L.P.** | **Judgment was entered in this case on 7/23/2020. Oxbow propounded post-judgment discovery relating to the judgment.** | **270th Harris County District Court** <br> Name <br> **201 Caroline St.** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> **2020-18313** | | **Houston**       **TX**   **77002** <br> City                State   ZIP Code | |
| 7.2. | **Port Arthur Steam Energy, L.P. v. Oxbow Calcining LLC** | **PASE appealed the judgment entered in Cause No. 2020-18313 and the case was assigned to the First Court of Appeals. All Briefs have been filed and the appeal is pending.** | **Texas First Court Of Appeals** <br> Name <br> **301 Fannin St. #245** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **01-20-00606-CV** | | **Houston**       **TX**   **77002** <br> City                State   ZIP Code | |
| 7.3. | **Port Arthur Steam Energy, L.P. v. Oxbow Calcining LLC** | **PASE sued Oxbow asserting claims and causes of action for monetary damages, for declaratory relief, and for judicial assistance with enforcing its 2015 judgment against Oxbow. Oxbow's Motion to Transfer Venue to Harris County, TX was granted. The transfer is pending.** | **284th Montgomery County District Cou** <br> Name <br> **301 N. Main St.** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **20-11-14203** | | **Conroe**       **TX**   **77301** <br> City                State   ZIP Code | |

| Debtor | **Port Arthur Steam Energy, LP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Norton Rose** | | **8/24/2020** | $14,286.20 |
| | | **9/25/2020** | |
| **Address** | | **10/14/2020** | |
| | | **12/24/2020** | |
| | | **3/25/2021** | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor  **Port Arthur Steam Energy, LP**                     Case number (if known) _____
_____
Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **ChemQuest Chemicals, LLC** | **Bulk Bag Unloader** **Mixing Tank** **Mobile Yard Ramp** **Sullair Air Compressor & Dryer** **Two 2" Diaphragm pumps** **Two 3/4" Pumps From Outside Storage Shed** | **3/30/2021** | **$32,500.00** |
| | Address | | | |
| | **9730 Bsy Area Blvd.** Street | | | |
| | **Pasadena**     **TX**    **77507** City            State    ZIP Code | | | |
| | Relationship to debtor **None** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Nathan Dickman** | **Two Shop Tables** **Welding Machine** **Rod Dryer** **Two Drill Presses** **Bench Grinder** **Two Metal Saws** **DeWalt Grinder** **Pull Sprayer** **Pipe Threader** **Port-a-Band Saw** | **3/31/2021** | **$3,000.00** |
| | Address | | | |
| | **27 Bruce Lane** Street | | | |
| | **Orange**     **TX**    **77630** City          State    ZIP Code | | | |
| | Relationship to debtor **None** | | | |

**Part 7:**  **Previous Locations**

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | **P.O. Box 130** Street | | From **Current Mailing** | To _____ |
| | **Port Arthur**     **TX**    **77640** City            State    ZIP Code | | | |

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.2. | **19507 FM365** Street | | From _____ | To **Closed 2020** |
| | **Beaumont**     **TX**    **77705** City            State    ZIP Code | | | |

Debtor      **Port Arthur Steam Energy, LP**                          Case number (if known) _____
                        Name

**Address**                                                    **Dates of occupancy**

14.3.   **Suite 300**                                          From _____    To _____
        Street
        **2001 Addison St.**

        **Berkeley**                    **CA**    **94704**
        City                           State    ZIP Code

**Address**                                                    **Dates of occupancy**

14.4.   **9919 Deer Path Lane**                                From _____    To _____
        Street

        **Magnolia**                    **TX**    **77354**
        City                           State    ZIP Code

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
        ☐ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

Debtor  **Port Arthur Steam Energy, LP**                    Case number (if known)  _____
Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.1.  **Bank Of America**
Name

XXXX- **8 4 1 7**    ☑ Checking    **7/20/2020**    **$63,875.48**
Street                                 ☐ Savings
                                        ☐ Money market
_____          ☐ Brokerage
                                        ☐ Other  _____
City              State  ZIP Code

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.2.  **Bank Of America**
Name

XXXX- **6 E j E**    ☑ Checking    **6/22/2020**    **$1,156,019.47**
Street                                 ☐ Savings
                                        ☐ Money market
_____          ☐ Brokerage
                                        ☐ Other  _____
City              State  ZIP Code

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Life Storage #343**<br>Name<br>**Bldg F, Unit #570**<br>Street<br>**9595 Hwy 69**<br><br>**Port Arthur**     **TX**   **77640**<br>City          State  ZIP Code | **Ray Deyoe**<br>**Nathan Dickman**<br><br>Address | **Storage of certain tools and spare parts including small valves, motors, welding machines, portable heaters, toolboxes and hand tools** | ☐ No<br>☑ Yes |

---

Debtor    **Port Arthur Steam Energy, LP**                        Case number (if known) _____
          Name

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Fairfield Mini-Storage**          **Ray Deyoe**              **Climate-controlled storage of**    ☐ No
Name                                                          **historical accounting records**    ☑ Yes
                                   Address                    **and computers.**
**Unit B-181**
Street

**20131 Schiel Rd.**

**Cypress**          **TX   77433**
City             State   ZIP Code

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**

    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Provide details below.

Debtor   **Port Arthur Steam Energy, LP**                                     Case number (if known)   _____
         Name

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.1. | **Wes McMahan** | | From | **April 2020** | To | **Present** |
| | Name | | | | |
| | **McMahan & McMahan** | | | | |
| | Street | | | | |
| | **10210 Grogans Mill Road, Suite 191** | | | | |
| | **Spring** | **TX** | **77380** | | | |
| | City | State | ZIP Code | | | |

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.2. | **Rebecca Nicks** | | From | | To | **9/2020** |
| | Name | | | | |
| | **11200 Greenwood Pl** | | | | |
| | Street | | | | |
| | **Beaumont** | **TX** | **77705** | | | |
| | City | State | ZIP Code | | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26b.1. | **Briggs & Veselka** | | From | **2019** | To | **2019** |
| | Name | | | | |
| | **Suite 1700** | | | | |
| | Street | | | | |
| | **Nine Greenway Plaza** | | | | |
| | **Houston** | **TX** | **77029** | | | |
| | City | State | ZIP Code | | | |

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26b.2. | **BDO** | | From | **2011** | To | **Present** |
| | Name | | | | |
| | **20th Floor** | | | | |
| | Street | | | | |
| | **2929 Allen Parkway** | | | | |
| | **Houston** | **TX** | **77019** | | | |
| | City | State | ZIP Code | | | |

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26b.3. | **McMahan & McMahan** | | From | **4/2020** | To | **Present** |
| | Name | | | | |
| | **Suite 191** | | | | |
| | Street | | | | |
| | **10210 Grogans Mill Rd.** | | | | |
| | **Spring** | **TX** | **77380** | | | |
| | City | State | ZIP Code | | | |

Debtor   **Port Arthur Steam Energy, LP**                                    Case number (if known) _____
     Name

**Name and address**                                                         **Dates of service**

26b.4.   **AIP/PASE, LLC**                                                    From _____   To _____
     Name
     **c/o Nate Belden, John Ryan**
     Street
     **2001 Addison Street, Suite 300**

     **Berkeley**                        **CA**      **94704**
     City                               State       ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

**Name and address**                                                         **If any books of account and records are
                                                                             unavailable, explain why**

26c.1.   **BDO**
     Name
     **20th Floor**
     Street
     **2929 Allen Parkway**

     **Houston**                         **TX**      **77019**
     City                               State       ZIP Code

**Name and address**                                                         **If any books of account and records are
                                                                             unavailable, explain why**

26c.2.   **McMahan & McMahan**
     Name
     **Suite 191**
     Street
     **10210 Grogans Mill Road**

     **Spring**                          **TX**      **77380**
     City                               State       ZIP Code

**Name and address**                                                         **If any books of account and records are
                                                                             unavailable, explain why**

26c.3.   **Integral Power, LLC**
     Name
     **P.O. Box 41747**
     Street

     **Houston**                         **TX**      **77241**
     City                               State       ZIP Code

**Name and address**                                                         **If any books of account and records are
                                                                             unavailable, explain why**

26c.4.   **AIP/PASE, LLC    AIP/PASE HOLDINGS, INC.**
     Name
     **c/o Nate Belden, John Ryan**
     Street
     **2001 Addison Street, Suite 300**

     **Berkeley**                        **CA**      **94704**
     City                               State       ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
     financial statement within 2 years before filing this case.

   ☑ None

Debtor **Port Arthur Steam Energy, LP**          Case number (if known) _____
         Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

---

**Part 14:    Signature and Declaration**

---

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/14/2021**
             MM / DD / YYYY

X **/s/ Nathan Belden** _____          Printed name **Nathan Belden**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor **Secretary, AIP/PASE, LLC, GP**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes