UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
JAYSON B. RUFF
TRIAL ATTORNEY
515 RUSK, SUITE 3516
HOUSTON, TX 77002
Telephone: (713) 718-4650
Fax: (713) 718-4680
E-Mail: Jayson.b.ruff@usdoj.gov

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   PORT ARTHUR STEAM | § | CASE NO. 21-60034 |
|   ENERGY, LP, | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**DREW MCMANIGLE**
**THE PENNZOIL BUILDING**
**700 MILAM STREET, SUITE 1300**
**HOUSTON, TX  77002**
Email: Drew@macco.group PH: (410) 350-1839

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: April 15, 2021                KEVIN M. EPSTEIN
                                      United States Trustee Region 7
                                      Southern and Western Districts of Texas

                                      By:  */s/ Jayson B. Ruff*
                                            Jayson B. Ruff
                                            Trial Attorney
                                            MI State Bar No. P69893
                                            515 Rusk, Suite 3516
                                            Houston, Texas 77002
                                            Telephone: (713) 718-4650
                                            Fax: (713) 718-4680
                                            Jayson.b.ruff@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** was served upon the parties on the attached list by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on April 15, 2021.

By: */s/ Jayson B. Ruff*
Jayson B. Ruff
Trial Attorney
MI State Bar No. P69893
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650
Fax: (713) 718-4680
Jayson.b.ruff@usdoj.gov

**By mail to Debtor:**
Port Arthur Steam Energy, LP
PO Box 130
Port Arthur, TX 77641

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   PORT ARTHUR STEAM | § | CASE NO. 21-60034 |
|   ENERGY, LP, | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $400.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: April 15, 2021

_____
Drew McManigle

1