UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN, UNITED STATES TRUSTEE
JAYSON B. RUFF, TRIAL ATTORNEY
515 Rusk, Suite 3516
Houston, TX 77002
Telephone:  (713) 718-4650 Ext 252
Fax:  (713) 718-4680
E-Mail: jayson.b.ruff@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| PORT ARTHUR STEAM ENERGY, LP, | § | Case No. 21-60034(CML) |
| | § | |
| | § | Re: Dkt. No. 10 |
| | § | |
| DEBTOR. | § | |

**UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST
FOR JUNE 23, 2021 HEARING**

Kevin M. Epstein, the United States Trustee for Region 7 (the "U.S. Trustee") files this Witness and Exhibit List for the hearing scheduled for June 23, 2021 at 1:00 p.m., Central Time (or as such hearing may be continued or rescheduled, the "Hearing").

**WITNESSES**

The U.S. Trustee may examine any witness called by any other party.

**EXHIBITS**

The U.S. Trustee may offer into evidence any one or more of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Dkt. No. 1 Chapter 11 Petition, Bankruptcy Schedules and Statement of Financial Affairs | | | | |
| 2 | Dkt. No. 3 Debtor's Plan | | | | |
| | All exhibits presented or designated by any other parties for the hearing | | | | |
| | All rebuttal exhibits | | | | |

In accordance with the Court's March 9, 2020 *Order Adopting Hearing Protocols That May be Implemented Under Certain Public Health or Safety Conditions* (General Order 2020-4), all exhibits listed are being filed as separate attachments to this Exhibit List.

The U.S. Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

Date: June 21, 2021

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/Jayson B. Ruff
Jayson B. Ruff
Trial Attorney
Michigan Bar No. P69893
Houston, TX  77002
Telephone:  (713)718-4650 ext. 252
Facsimile:  (713)718-4670

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2021, a true and correct copy of the foregoing **UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST FOR JUNE 23, 2021 HEARING** was served on all parties receiving electronic notice via ECF.

                                                          /s/ Jayson B. Ruff
                                                          Jayson B. Ruff