## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS VICTORIA DIVISION | |
|---|---|
| Main Case No: **21-60034** | Name of Debtor: **Port Arthur Steam Energy, L.P.** |
| Adversary No: **N/A** | Style of Adversary: **N/A** |
| | |
| Witnesses: | |
| **Ray Deyoe** | Judge: **Lopez** |
| **Ted Boriak** | |
| **Nate Belden** | Hearing Date: **June 23, 2021** |
| **Rebuttal/ Impeachment Witnesses** | Hearing Time: **1:00pm** |
| | Party's Name: **Port Arthur Steam Energy** |
| | Attorney's Name: **Johnie Patterson** |
| | Attorney's Phone: **713.956.5577** |
| | Nature of Proceeding: ***Objection To Eligibility (Docket #10)*** |
| | |
| | |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Filing Status With State Of Delaware | | | | |
| 2. | Operating Report | | | | |
| 3. | Filed Schedules | | | | |
| 4. | Proposed Plan | | | | |
| 5. | Bankruptcy Docket | | | | |
| 6. | Adversary Docket (21-06004) | | | | |
| | ***Rebuttal/Impeachment Exhibits*** | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |