Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

| Entity Details |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | **3886389** | Incorporation Date / Formation Date: | **11/24/2004** (mm/dd/yyyy) |

**Entity Name:**    **PORT ARTHUR STEAM ENERGY LP**

**Entity Kind:**    **Limited Partnership**    **Entity Type:**    **General**

**Residency:**    **Domestic**    State:    **DELAWARE**

**REGISTERED AGENT INFORMATION**

Name:    **CORPORATION SERVICE COMPANY**

Address:    **251 LITTLE FALLS DRIVE**

City:    **WILMINGTON**    County:    **New Castle**

State:    **DE**    Postal Code:    **19808**

Phone:    **302-636-5401**

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ◯ Status  ◯ Status,Tax & History Information

[ Submit ]

[ View Search Results ]          [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov