**Fill in this information to identify the case:**

Debtor Name __Port Arthur Steam Energy LP__

United States Bankruptcy Court for the: Southern District of Texas

Case number: __21-60034__

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11   12/17

Month: __April (4-14 to 4-30)__     Date report filed: __05/22/2021__
MM / DD / YYYY

Line of business: __ENERGY GENERATION__     NAISC code: __221100__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Integral Power, LLC__

Original signature of responsible party __[signature]__ (Ted Boriack)

Printed name of responsible party __Integral Power, LLC__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C     Monthly Operating Report for Small Business Under Chapter 11     page **1**

Debtor Name Port Arthur Steam Energy LP       Case number 21-60034

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 256,276.99

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 0.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 0.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 256,276.99

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 32,923.35

    (Exhibit E)

Debtor Name Port Arthur Steam Energy LP          Case number 21-60034

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ 163,332.19

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?     3
27. What is the number of employees as of the date of this monthly report?     3

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ 0.00
30. How much have you paid this month in other professional fees?     $ 0.00
31. How much have you paid in total other professional fees since filing the case?     $ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected | | Column B<br>Actual | | Column C<br>Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | — | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ | — | $ | = | $ |
| 33. **Cash disbursements** | $ | — | $ | = | $ |
| 34. **Net cash flow** | $ | — | $ | = | $ |

35. Total projected cash receipts for the next month:     $ \_\_\_\_\_
36. Total projected cash disbursements for the next month:   − $ \_\_\_\_\_
37. Total projected net cash flow for the next month:        = $ \_\_\_\_\_

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page **3**

Debtor Name  Port Arthur Steam Energy LP    Case number 21-60034

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# EXHIBIT A

**Explanations to the April 2021 Operating Report (first operating report, period 04/14/2021 to 04/30/2021)**

**This April 2021 operating report is the first report to be filed for this case and covers a partial month due to filing date being 04/14/2021.**

Case number 21-60034 assigned to Judge Christopher M. Lopez, Southern District of Texas

**Port Arthur Steam Energy, LP**
P.O. Box 130
Port Arthur, T X 77641
Tax ID / EIN: 26-01021 27

___

### Question 3. Have you paid all of your bills on time?
Response: No
Bank of America restricted the PASE checking account -6147 (the sole account) to credits only during the month of May 2021 and as of the time of this report has yet to convert PASE's checking account -6147 to a "Debtor in Possession" account. A court order is expected to cause Bank of America to complete the conversion of the account to DIP and allow PASE to resume paying bills.

### Question 4. Did you pay your employees on time?
Response: No
Payments were not made to employees on/after the filing date (April 14, 2021) due to Bank of America's mishandling of the PASE checking account as described above in question 3. Employees have not been fully paid for work performed or expenses incurred prior to the filing date (April 14, 2021).

**Payments owed to employees for April services <u>before</u> the filing date (April 14, 2021)**

| Employee | Service | Period | $ Owed |
|---|---|---|---|
| Nathan Dickman | plant maintenance service | April 12, 2021 | $ 158.87 |
| Raymond Deyoe & Ted Boriack (Integral Power LLC) | plant management service | April 1 to 13, 2021 | $ 16,250.00 |

**Payments owed to employees for April services <u>on/after</u> the filing date**

| Employee | Service | Period | $ Owed |
|---|---|---|---|
| Nathan Dickman | plant maintenance service | April 14 to 25, 2021 | $ 1,209.64 |
| Nathan Dickman | plant maintenance service | April 26 to May 9, 2021 | $ 952.00 |
| Raymond Deyoe & Ted Boriack (Integral Power LLC) | plant management service | April 14 to 30, 2021 | $ 21,250.00 |
| Raymond Deyoe | expense reimbursement | April 2021 | $ 959.99 |
| Ted Boriack | expense reimbursement | April 2021 | $ 1,038.48 |

# EXHIBIT A cont.

### Question 6. Have you timely filed your tax returns and paid all of your taxes?

Response: No
PASE had engaged BDO to prepare its annual IRS tax return just as in prior years. PASE was expecting to receive from BDO its tax return for year 2020 in early May 2021. However, BDO upon learning that PASE had filed Chapter 11 stopped work on the return for year 2020 and is referring PASE to a different accounting firm to prepare the 2020 tax return.

### Question 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator?

Response: NA (there are no quarterly payments)

### Question 9. Have you timely paid all of your insurance premiums?

Response: NA (there were no insurance premiums due)

# EXHIBIT B
**Explanations to the April 2021 Operating Report (first operating report, period 04/14/2021 to 04/30/2021)**
**This April 2021 operating report is the first report to be filed for this case and covers a partial month due to filing date being 04/14/2021.**

Case number 21-60034 assigned to Judge Christopher M. Lopez, Southern District of Texas

**Port Arthur Steam Energy, LP**
P.O. Box 130
Port Arthur, T X 77641
Tax ID / EIN: 26-01021 27

_____

### Question 10. Do you have any bank accounts open other than the DIP accounts?
Response: Yes
As of the time of this report, PASE has only one bank account (-6147) which has been restricted to "credits only" by Bank of America. PASE is still waiting on Bank of America at the time of this report to convert the account to DIP, issue new DIP checks and remove the restriction so that PASE can resume paying bills.

### Question 11. Have you sold any assets other than inventory?
Response: PASE has not sold assets during this reporting period of April 14 - 30 2021. PASE sold assets in April which resulted in payments to the PASE account -6174 which credited on April 1, 2021 ($32,500) and April 2, 2021 ($3,000).

# EXHIBIT C

**Explanations to the April 2021 Operating Report (first operating report, period 04/14/2021 to 04/30/2021)**

**This April 2021 operating report is the first report to be filed for this case and covers a partial month due to filing date being 04/14/2021.**

Case number 21-60034 assigned to Judge Christopher M. Lopez, Southern District of Texas

**Port Arthur Steam Energy, LP**
P.O. Box 130
Port Arthur, T X 77641
Tax ID / EIN: 26-01021 27

_____

## 20. Total cash receipts

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Response:  $0

PASE received no cash and made no deposits during the reporting period of April 14 - 30, 2021. However, PASE did receive cash and make deposits to the PASE checking account (-6147) in April prior to the filing date due to two asset sales completed on April 1, 2021 ($32,500) and April 2, 2021 ($3,000) as shown in the attached bank statement.

# EXHIBIT D

**Explanations to the April 2021 Operating Report (first operating report, period 04/14/2021 to 04/30/2021)**

**This April 2021 operating report is the first report to be filed for this case and covers a partial month due to filing date being 04/14/2021.**

Case number 21-60034 assigned to Judge Christopher M. Lopez, Southern District of Texas

**Port Arthur Steam Energy, LP**
P.O. Box 130
Port Arthur, T X 77641
Tax ID / EIN: 26-01021 27

_____

## Question 21. Total cash disbursements

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf.

Response: $0

The PASE checking account -6147 had no payments clear during the reporting period of April 14 - 30, 2021.

PASE issued no checks during the reporting period of April 14 - 30, 2021.

PASE is not aware of any outstanding checks which have not cleared the bank.

# EXHIBIT E

**Explanations to the April 2021 Operating Report (first operating report, period 04/14/2021 to 04/30/2021)**

**This April 2021 operating report is the first report to be filed for this case and covers a partial month due to filing date being 04/14/2021.**

Case number 21-60034 assigned to Judge Christopher M. Lopez, Southern District of Texas

**Port Arthur Steam Energy, LP**
P.O. Box 130
Port Arthur, T X 77641
Tax ID / EIN: 26-01021 27

_____

### Question 24.   Total payables

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due.

Response:  $32,923.35

Debts Incurred Since the Filing Date (April 14, 2021)

| Date Debt Incurred | $ Debt Amount | Who is owed but not paid | Purpose | When Debt Due |
|---|---|---|---|---|
| April 25, 2021 | $ 1,209.64 | Nathan Dickman | plant maintenance service April 14 to 25, 2021 | April 25, 2021 |
| May 1, 2021 | $ 3,488.24 | Blue Cross Blue Shield | medical insurance | May 1, 2021 |
| May 1, 2021 | $21,250.00 | Integral Power, LLC (Ted Boriack, Ray Deyoe) | plant management service April 14 to 30, 2021 | May 1, 2021 |
| May 1, 2021 | $   959.99 | Ray Deyoe | expense reimbursement | May 1, 2021 |
| May 1, 2021 | $ 1,038.48 | Ted Boriack | expense reimbursement | May 1, 2021 |
| May 1, 2021 | $    312.50 | Dunn & Neal, L.L.P. | legal services-Montgomery County | May 18, 2021 |
| May 1, 2021 | $ 1,467.50 | Dunn & Neal, L.L.P. | legal services-other | May 18, 2021 |
| May 1, 2021 | $ 2,050.00 | Dunn & Neal, L.L.P. | legal services-Harris County | May 18, 2021 |
| May 1, 2021 | $   195.00 | McMahan & McMahan | accounting service | May 1, 2021 |
| May 9, 2021 | $   952.00 | Nathan Dickman | plant maintenance service April 26 to May 9, 2021 | May 9, 2021 |

# EXHIBIT F

**Explanations to the April 2021 Operating Report (first operating report, period 04/14/2021 to 04/30/2021)**

**This April 2021 operating report is the first report to be filed for this case and covers a partial month due to filing date being 04/14/2021.**

Case number 21-60034 assigned to Judge Christopher M. Lopez, Southern District of Texas

**Port Arthur Steam Energy, LP**
P.O. Box 130
Port Arthur, T X 77641
Tax ID / EIN: 26-01021 27

_____

## Question 25. Total receivables

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due.

Response:  $ 163,332.19

PASE is owed $163,332.19 by Oxbow Calcining for delivery of electricity to Oxbow's plant during February, March and April of year 2020. This amount has been owed by Oxbow to PASE both before and after filing for bankruptcy. PASE has tried repeatedly to collect these extremely past due bills but yet Oxbow still refuses to pay.

| PASE Invoice # | $ Amount Due | Due Date | Description |
| --- | --- | --- | --- |
| G-2020-04 | $ 54,122.64 | June 13, 2020 | Electric power to Oxbow plant for Apr 2020 |
| G-2020-03 | $ 55,450.82 | May 8, 2020 | Electric power to Oxbow plant for Mar 2020 |
| G-2029-02 | $ 53,758.73 | April 3, 2020 | Electric power to Oxbow plant for Feb 2020 |



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.400.9009

bankofamerica.com

Bank of America, N.A.
P.O. Box 831547
Dallas, TX 75283-1547

PORT ARTHUR STEAM ENERGY LP
MANAGERS ACCOUNT
2001 ADDISON ST STE 300
BERKELEY, CA  94704-1165

## Your Business Advantage Relationship Banking

for April 1, 2021 to April 30, 2021

Account number: 6147

PORT ARTHUR STEAM ENERGY LP    MANAGERS ACCOUNT

### Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2021 | $321,584.44 | # of deposits/credits: 4 |
| Deposits and other credits | 35,500.00 | # of withdrawals/debits: 13 |
| Withdrawals and other debits | -37,695.00 | # of items-previous cycle[1]: 8 |
| Checks | -63,112.45 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $268,920.68 |
| **Ending balance on April 30, 2021** | **$256,276.99** | [1]Includes checks paid,deposited items&other debits |

BUSINESS ADVANTAGE

THE POWER TO
**help build strong communities**

All across the country, small business owners like you help strengthen the communities you serve, while providing opportunities for those who live there. During Small Business Month, we celebrate the drive and dedication that help enrich those around you. Thanks for all you do.

Learn more at **bankofamerica.com/SBgrowth**.

SSM-12-20-0002.B | 3340797

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender



# Your checking account

**PORT ARTHUR STEAM ENERGY LP**  |  Account # 6147  |  April 1, 2021 to April 30, 2021

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 04/01/21 | WIRE TYPE:WIRE IN DATE: 210401 TIME:1144 ET TRN:2021040100379683 SEQ:20210910089500/000336 ORIG:CHEMQUEST CHEMICALS LLC ID:5500146435 SND BK: CADENCE BANK, NA ID:062206295 PMT DET:PORT ARTHUR STEAM ENERGY LP MANAGERS ACCOUNT | 15,000.00 |
| 04/01/21 | WIRE TYPE:WIRE IN DATE: 210401 TIME:1144 ET TRN:2021040100379815 SEQ:20210910091700/000339 ORIG:CHEMQUEST CHEMICALS LLC ID:5500146435 SND BK: CADENCE BANK, NA ID:062206295 PMT DET:PORT ARTHUR STEAM ENERGY LP MANAGERS ACCOUNT | 15,000.00 |
| 04/01/21 | WIRE TYPE:WIRE IN DATE: 210401 TIME:1116 ET TRN:2021040100365916 SEQ:20210910092600/000274 ORIG:CHEMQUEST CHEMICALS LLC ID:5500146435 SND BK: CADENCE BANK, NA ID:062206295 PMT DET:PORT ARTHUR STEAM ENERGY LP - MANAGERS ACCOUNT | 2,500.00 |
| 04/02/21 | Counter Credit | 3,000.00 |
| **Total deposits and other credits** | | **$35,500.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---:|
| 04/01/21 | Online Banking transfer to CHK 2669 Confirmation# 3330647602 | -37,500.00 |
| 04/08/21 | MCMAHAN & MCMAHA DES:SALE      ID:  INDN:PORT ARTHUR       CO ID:9215986202 CCD | -195.00 |
| **Total withdrawals and other debits** | | **-$37,695.00** |

**BANK OF AMERICA BUSINESS ADVANTAGE**

### What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like. Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-10-20-0074.B  |  3255564

# Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 04/07/21 | 1306 | -1,000.00 | 04/07/21 | 1313 | -25,194.70 |
| 04/02/21 | 1307 | -265.84 | 04/07/21 | 1314 | -1,066.35 |
| 04/05/21 | 1308 | -1,011.59 | 04/08/21 | 1315 | -1,102.19 |
| 04/05/21 | 1309 | -912.14 | 04/12/21 | 1316 | -317.14 |
| 04/07/21 | 1311* | -1,425.00 | 04/12/21 | 1317 | -952.00 |
| 04/07/21 | 1312 | -29,865.50 | | | |

**Total checks**     **-$63,112.45**
**Total # of checks**     **11**

\*   There is a gap in sequential check numbers

# Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 316,584.44 | 04/05 | 317,394.87 | 04/08 | 257,546.13 |
| 04/02 | 319,318.60 | 04/07 | 258,843.32 | 04/12 | 256,276.99 |

# BANK OF AMERICA

**PORT ARTHUR STEAM ENERGY LP** | Account # ████ 6147 | April 1, 2021 to April 30, 2021

## Check images

**Account number:** ████ 6147

Check number: 1306 | Amount: $1,000.00



Check number: 1307 | Amount: $265.84



Check number: 1308 | Amount: $1,011.59



Check number: 1309 | Amount: $912.14



Check number: 1311 | Amount: $1,425.00



Check number: 1312 | Amount: $29,865.50



Check number: 1313 | Amount: $25,194.70



Check number: 1314 | Amount: $1,066.35



Check number: 1315 | Amount: $1,102.19



Check number: 1316 | Amount: $317.14



*continued on the next page*



**PORT ARTHUR STEAM ENERGY LP** | Account # ▮▮▮▮▮▮ 6147 | April 1, 2021 to April 30, 2021

## Check images - continued

**Account number:** ▮▮▮▮▮▮ **6147**
Check number: 131▮  ▮t: $952.00

![Check image 1317 dated 4-8-2021, pay to the order of Nathan Pickwhin, $952.00, Nine Hundred Fifty Two dollars, Bank of America, for Plant Assist Srvc 3-29 to 4-11]

# Port Arthur Steam Energy, LP

Profit and Loss

April 2021

|  | TOTAL |
|---|---:|
| Income |  |
|   40800 Asset Disposal | 35,500.00 |
| **Total Income** | **$35,500.00** |
| **GROSS PROFIT** | **$35,500.00** |
| Expenses |  |
|   50000 Plant O&M Expenses |  |
|     50100 Plant Office Expenses |  |
|       50110 Plant Office Contract Services | 195.00 |
|     **Total 50100 Plant Office Expenses** | **195.00** |
|     50700 Plant Professional Services |  |
|       50710 Predictive Maintenance | 2,181.28 |
|     **Total 50700 Plant Professional Services** | **2,181.28** |
|   **Total 50000 Plant O&M Expenses** | **2,376.28** |
|   61010 Depreciation Expense | 42,855.31 |
|   70000 SG&A Expenses |  |
|     70200 Integral Power Expenses |  |
|       70220 IP Travel | 193.80 |
|       70230 IP Office Expenses | 2,986.33 |
|     **Total 70200 Integral Power Expenses** | **3,180.13** |
|     70210 Integral Power Fees | 37,500.00 |
|   **Total 70000 SG&A Expenses** | **40,680.13** |
|   82000 Oxbow Legal | 56,751.04 |
| **Total Expenses** | **$142,662.76** |
| **NET OPERATING INCOME** | **$ -107,162.76** |
| **NET INCOME** | **$ -107,162.76** |

# Port Arthur Steam Energy, LP

**1020 Manager's Account, Period Ending 04/30/2021**

**RECONCILIATION REPORT**

Reconciled on: 05/20/2021

Reconciled by: Wes McMahan

Any changes made to transactions after this date aren't included in this report.

| **Summary** | **USD** |
|---|---|
| Statement beginning balance | 321,584.44 |
| Checks and payments cleared (13) | -100,807.45 |
| Deposits and other credits cleared (4) | 35,500.00 |
| Statement ending balance | 256,276.99 |
| | |
| Register balance as of 04/30/2021 | 256,276.99 |

**Details**

Checks and payments cleared (13)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/31/2021 | Check | 1306 | Kevin McFarland | -1,000.00 |
| 04/01/2021 | Expense | | Integral Power, LLC | -37,500.00 |
| 04/02/2021 | Check | 1307 | Cloud9 Discovery LLC | -265.84 |
| 04/05/2021 | Check | 1309 | Nathan Dickman | -912.14 |
| 04/05/2021 | Check | 1308 | Ray Deyoe | -1,011.59 |
| 04/07/2021 | Check | 1312 | Dunn & Neal LLP | -29,865.50 |
| 04/07/2021 | Check | 1314 | Ted Boriack | -1,066.35 |
| 04/07/2021 | Check | 1313 | Dunn & Neal LLP | -25,194.70 |
| 04/07/2021 | Check | 1311 | Dunn & Neal LLP | -1,425.00 |
| 04/08/2021 | Expense | | McMahan & McMahan | -195.00 |
| 04/08/2021 | Check | 1315 | Ray Deyoe | -1,102.19 |
| 04/12/2021 | Check | 1317 | Nathan Dickman | -952.00 |
| 04/12/2021 | Check | 1316 | Nathan Dickman | -317.14 |
| Total | | | | -100,807.45 |

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2021 | Deposit | | | 15,000.00 |
| 04/01/2021 | Deposit | | | 15,000.00 |
| 04/01/2021 | Deposit | | | 2,500.00 |
| 04/02/2021 | Deposit | | | 3,000.00 |
| Total | | | | 35,500.00 |