**Exhibit C**

**PASE 2019 General Ledger (Excerpted)**

## Port Arthur Steam Energy, LP
## General Ledger
**Accrual Basis**  As of December 31, 2019

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **70329 · Insurance Expense** | | | | | | 0.00 |
| **70330 · Property Insurance** | | | | | | 0.00 |
| General Jo... | 01/27/2019 | RHS31167 | | Amortize monthly insurance 2019 | 22,675.08 | 22,675.08 |
| General Jo... | 02/27/2019 | RHS31173 | | Amortize monthly insurance 2019 | 22,675.12 | 45,350.20 |
| General Jo... | 03/27/2019 | RHS31177 | | Amortize monthly insurance 2019 | 188.25 | 45,538.45 |
| General Jo... | 04/27/2019 | RHS31181 | | Amortize monthly insurance 2019 | 188.25 | 45,726.70 |
| General Jo... | 05/27/2019 | RHS31181 | | Amortize monthly insurance 2019 | 188.25 | 45,914.95 |
| General Jo... | 06/27/2019 | RHS31189 | | Amortize monthly insurance 2015 | 188.25 | 46,103.20 |
| General Jo... | 07/27/2019 | RHS31190 | | Amortize monthly insurance 2015 | 188.25 | 46,291.45 |
| General Jo... | 08/27/2019 | RHS31196 | | Amortize monthly insurance 2015 | 188.25 | 46,479.70 |
| General Jo... | 09/27/2019 | RHS31197 | | Amortize monthly insurance 2015 | 188.25 | 46,667.95 |
| General Jo... | 10/27/2019 | RHS31198 | | Amortize monthly insurance 2015 | 188.25 | 46,856.20 |
| General Jo... | 11/27/2019 | RHS31205 | | Amortize monthly insurance 2015 | 188.25 | 47,044.45 |
| General Jo... | 12/31/2019 | RHS31213 | | amortize prepaid insurance | 187.58 | 47,232.03 |
| Total 70330 · Property Insurance | | | | | 47,232.03 | 47,232.03 |
| **70340 · Non-property Insurance** | | | | | | 0.00 |
| Check | 01/02/2019 | ach010119 | Paychex | 401K Bond | 267.00 | 267.00 |
| General Jo... | 01/27/2019 | RHS31167 | | Amortize monthly insurance 2019 | 9,007.15 | 9,274.15 |
| General Jo... | 02/27/2019 | RHS31173 | | Amortize monthly insurance 2019 | 9,007.15 | 18,281.30 |
| General Jo... | 03/27/2019 | RHS31177 | | Amortize monthly insurance 2019 | 9,007.15 | 27,288.45 |
| General Jo... | 04/27/2019 | RHS31181 | | Amortize monthly insurance 2019 | 9,007.15 | 36,295.60 |
| General Jo... | 05/27/2019 | RHS31181 | | Amortize monthly insurance 2019 | 9,007.15 | 45,302.75 |
| General Jo... | 06/27/2019 | RHS31189 | | Amortize monthly insurance 2015 | 9,007.15 | 54,309.90 |
| General Jo... | 07/27/2019 | RHS31190 | | Amortize monthly insurance 2015 | 9,007.15 | 63,317.05 |
| General Jo... | 08/27/2019 | RHS31196 | | Amortize monthly insurance 2015 | 9,007.15 | 72,324.20 |
| General Jo... | 09/27/2019 | RHS31197 | | Amortize monthly insurance 2015 | 9,007.15 | 81,331.35 |
| General Jo... | 10/27/2019 | RHS31198 | | Amortize monthly insurance 2015 | 9,007.15 | 90,338.50 |
| General Jo... | 11/27/2019 | RHS31205 | | Amortize monthly insurance 2015 | 9,007.13 | 99,345.63 |
| General Jo... | 12/31/2019 | RHS31213 | | amortize prepaid insurance | 3,236.17 | 102,581.80 |
| Total 70340 · Non-property Insurance | | | | | 102,581.80 | 102,581.80 |
| Total 70329 · Insurance Expense | | | | | 149,813.83 | 149,813.83 |
| **70349 · Property Taxes** | | | | | | 0.00 |
| **70350 · Property Tax, County** | | | | | | 0.00 |
| General Jo... | 01/27/2019 | RHS31166 | | Accrue County Tax | 2,500.00 | 2,500.00 |
| General Jo... | 02/27/2019 | RHS31170 | | Accrue County Tax | 2,500.00 | 5,000.00 |
| General Jo... | 03/27/2019 | RHS31176 | | Accrue County Tax | 2,500.00 | 7,500.00 |
| General Jo... | 04/27/2019 | RHS31180 | | Accrue County Tax | 2,500.00 | 10,000.00 |
| General Jo... | 05/27/2019 | RHS31183 | | Accrue County Tax | 2,500.00 | 12,500.00 |
| General Jo... | 06/27/2019 | RHS31184 | | Accrue County Tax | 2,500.00 | 15,000.00 |
| General Jo... | 07/27/2019 | RHS31188 | | Accrue County Tax | 2,500.00 | 17,500.00 |
| General Jo... | 08/27/2019 | RHS31193 | | Accrue County Tax | 2,500.00 | 20,000.00 |
| General Jo... | 09/27/2019 | RHS31195 | | Accrue County Tax | 2,500.00 | 22,500.00 |
| General Jo... | 10/27/2019 | RHS31200 | | Accrue County Tax | 2,500.00 | 25,000.00 |
| General Jo... | 11/27/2019 | RHS31204 | | Accrue County Tax | 2,500.00 | 27,500.00 |
| General Jo... | 12/31/2019 | RHS31207 | | adjust accruals to actual | (26,562.37) | 937.63 |
| Total 70350 · Property Tax, County | | | | | 937.63 | 937.63 |
| Total 70349 · Property Taxes | | | | | 937.63 | 937.63 |
| **70380 · General Partner Expenses** | | | | | | 0.00 |
| General Jo... | 01/27/2019 | RHS31166 | | Accrue GP expenses | 100.00 | 100.00 |
| General Jo... | 02/27/2019 | RHS31170 | | Accrue GP expenses | 100.00 | 200.00 |
| General Jo... | 03/27/2019 | RHS31176 | | Accrue GP expenses | 100.00 | 300.00 |
| General Jo... | 12/31/2019 | RHS31207 | | adjust accruals to actual | (2,300.00) | (2,000.00) |
| Total 70380 · General Partner Expenses | | | | | (2,000.00) | (2,000.00) |
| Total 70000 · SG&A Expenses | | | | | 786,461.76 | 786,461.76 |
| **71000 · State Tax** | | | | | | 0.00 |
| General Jo... | 12/31/2019 | RHS31207 | | adjust accruals to actual | (5,500.00) | (5,500.00) |
| Total 71000 · State Tax | | | | | (5,500.00) | (5,500.00) |
| **82000 · Oxbow Legal** | | | | | | 0.00 |
| General Jo... | 01/01/2019 | RHS31162R | | RTP Enviro inv 14620 | (2,200.00) | (2,200.00) |
| General Jo... | 01/01/2019 | RHS31162R | | Oxbow legal | (75,000.00) | (77,200.00) |
| Check | 01/10/2019 | 1100 | RTP Environmental Assc Inc | inv 14620 Oxbow legal Nov 2018 | 2,200.00 | (75,000.00) |
| Check | 01/11/2019 | 1101 | Bob Sidner | INV DN002 Oxbow legal 04/2018-09/2018 | 23,500.00 | (51,500.00) |
| Check | 01/24/2019 | 1106 | Dunn & Neal LLP | #31892 Nov-Dec 2018 | 85,246.38 | 33,746.38 |
| Bill | 02/28/2019 | 32046 | Dunn & Neal LLP | oxbow legal | 42,585.89 | 76,332.27 |
| General Jo... | 04/30/2019 | RHS31184 | | Dunn & Neal | 67,718.69 | 144,050.96 |
| General Jo... | 05/01/2019 | RHS31184R | | Dunn & Neal | (67,718.69) | 76,332.27 |
| Check | 05/30/2019 | 1110 | Dunn & Neal LLP | VOID: inv 32047 oxbow legal | 0.00 | 76,332.27 |
| Check | 05/30/2019 | 1112 | Dunn & Neal LLP | oxbow legal | 25,132.80 | 101,465.07 |
| Check | 05/30/2019 | 1114 | BVA Group LLC | inv 15365 oxbow legal | 8,433.13 | 109,898.20 |
| Check | 06/04/2019 | 15155 | Oxbow Calcining LLC | Oxbow legal court fees | 5,983.00 | 115,881.20 |
| Bill | 07/03/2019 | 2019-7-23 | Thompson Law/ADR Solutions | oxbow legal | 1,200.00 | 117,081.20 |
| Check | 07/12/2019 | 1116 | American Arbitration Assc | Oxbow legal | 44,150.00 | 161,231.20 |
| Check | 07/23/2019 | 1119 | Dunn & Neal LLP | Oxbow legal | 68,449.26 | 229,680.46 |
| Check | 07/23/2019 | wt072319 | IAMECON | Oxbow legal | 6,425.00 | 236,105.46 |
| Check | 08/12/2019 | 1120 | Saitas & Seales | oxbow legal | 1,650.00 | 237,755.46 |
| Check | 08/16/2019 | wt081619 | IAMECON | oxbow legal | 48,231.25 | 285,986.71 |
| Check | 08/20/2019 | wt082019 | Jacobs Consultancy Inc | oxbow legal | 14,850.00 | 300,836.71 |
| Check | 08/28/2019 | 1122 | Thermacor Consulting Inc | Oxbow legal | 24,000.00 | 324,836.71 |
| Check | 08/28/2019 | 1124 | Saitas & Seales | oxbow legal | 1,950.00 | 326,786.71 |
| Check | 08/30/2019 | 1121 | American Arbitration Assc | oxbow legal | 82,250.00 | 409,036.71 |
| Check | 09/24/2019 | 1125 | Dunn & Neal LLP | oxbow legal | 95,167.35 | 504,204.06 |

**Port Arthur Steam Energy, LP**
# General Ledger
**Accrual Basis**                      **As of December 31, 2019**

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Check | 09/29/2019 | 1126 | Cloud9 Discovery LLC | Oxbow legal | 920.00 | 505,124.06 |
| Check | 10/03/2019 | 1127 | Thermacor Consulting Inc | oxbow legal | 11,400.00 | 516,524.06 |
| Check | 10/10/2019 | 1129 | RTP Environmental Assc Inc | oxbow legal | 5,200.00 | 521,724.06 |
| Check | 10/10/2019 | 1130 | RTP Environmental Assc Inc | oxbow legal | 4,225.00 | 525,949.06 |
| Check | 10/11/2019 | 1131 | Nate Belden | oxbow legal | 1,342.98 | 527,292.04 |
| Check | 10/15/2019 | wt101519 | IAMECON | Oxbow economic modeling | 78,261.25 | 605,553.29 |
| Bill | 10/31/2019 | Ray Oct Exp | Deyoe, Raymond | Ray's October expenses | 1,060.00 | 606,613.29 |
| Bill | 10/31/2019 | Ted's Oct Exp | Boriack, Ted | Ted's October expenses | 363.93 | 606,977.22 |
| General Jo... | 10/31/2019 | RHS31202 | | IAMEcon #000051 | 94,494.25 | 701,471.47 |
| General Jo... | 10/31/2019 | RHS31202 | | Dunn & Neal #32477 | 391,501.47 | 1,092,972.94 |
| General Jo... | 10/31/2019 | RHS31202 | | Oxbow legal | 50,000.00 | 1,142,972.94 |
| Check | 11/01/2019 | wt110119 | IAMECON | oxbow legal | 68,313.00 | 1,211,285.94 |
| Check | 11/01/2019 | 1136 | RTP Environmental Assc Inc | inv 15177 oxbow legal | 8,450.00 | 1,219,735.94 |
| Check | 11/01/2019 | 1137 | Saitas & Seales | inv 10282019 | 17,675.00 | 1,237,410.94 |
| General Jo... | 11/01/2019 | RHS31202R | | IAMEcon #000051 | (94,494.25) | 1,142,916.69 |
| General Jo... | 11/01/2019 | RHS31202R | | Dunn & Neal #32477 | (391,501.47) | 751,415.22 |
| General Jo... | 11/01/2019 | RHS31202R | | Oxbow legal | (50,000.00) | 701,415.22 |
| Check | 11/13/2019 | 1128 | void | | | 701,415.22 |
| Check | 11/15/2019 | 1138 | Dunn & Neal LLP | Oxbow legal #32477 | 391,501.47 | 1,092,916.69 |
| General Jo... | 11/27/2019 | RHS31204 | | Oxbow legal | 187,088.32 | 1,280,005.01 |
| Bill | 11/30/2019 | Ted Nov Exp | Boriack, Ted | Ted's November expenses | 1,113.86 | 1,281,118.87 |
| Check | 12/01/2019 | 1139 | Dunn & Neal LLP | 32539 Oxbow legal | 119,944.99 | 1,401,063.86 |
| Check | 12/01/2019 | 1140 | American Arbitration Assc | oxbow legal | 22.05 | 1,401,085.91 |
| Check | 12/01/2019 | 1141 | Saitas & Seales | #11262019 oxbow legal | 13,582.78 | 1,414,668.69 |
| Check | 12/01/2019 | 1142 | void | | | 1,414,668.69 |
| Check | 12/01/2019 | 1144 | Thermacor Consulting Inc | oxbow legal | 14,696.50 | 1,429,365.19 |
| General Jo... | 12/01/2019 | RHS31210 | | reverse legal accrual 11-2019 | (187,088.32) | 1,242,276.87 |
| Check | 12/02/2019 | 1143 | Crain Caton & James PC | 1204543 oxbow legal | 27,642.00 | 1,269,918.87 |
| Check | 12/02/2019 | wt120219 | IAMECON | 54 oxbow legal | 28,236.34 | 1,298,155.21 |
| Check | 12/04/2019 | wt120419 | IAMECON | 51revised oxbow legal | 19,067.75 | 1,317,222.96 |
| Check | 12/04/2019 | 1133 | RTP Environmental Assc Inc | oxbow legal 15227 | 15,120.73 | 1,332,343.69 |
| Check | 12/12/2019 | wt120219 | IAMECON | 51 oxbow legal | 70,932.25 | 1,403,275.94 |
| Check | 12/13/2019 | 1145 | Saitas & Seales | 9282019 | 11,200.00 | 1,414,475.94 |
| Check | 12/13/2019 | 1146 | void | | | 1,414,475.94 |
| Check | 12/31/2019 | 1135 | void | | | 1,414,475.94 |
| General Jo... | 12/31/2019 | RHS31207 | | adjust accruals to actual | (88,321.00) | 1,326,154.94 |
| Bill | 12/31/2019 | Dec 2019 | Dunn & Neal LLP | Oxbow Legal | 78,330.47 | 1,404,485.41 |
| Total 82000 · Oxbow Legal | | | | | 1,404,485.41 | 1,404,485.41 |
| **99999 · Suspect** | | | | | | 0.00 |
| Check | 02/12/2019 | 15104 | Roger D. McGuire Jr | replace lost paycheck of 1/26 | 803.56 | 803.56 |
| General Jo... | 02/28/2019 | RHS31174 | Paychex CM Due | credit due from Paychex for lost McGuire check | (803.56) | 0.00 |
| Total 99999 · Suspect | | | | | 0.00 | 0.00 |
| **90010 · Interest Income** | | | | | | 0.00 |
| Deposit | 01/10/2019 | | Bank of America | Deposit | (5,111.11) | (5,111.11) |
| Deposit | 01/16/2019 | | Bank of America | Deposit | (3,134.72) | (8,245.83) |
| Deposit | 01/31/2019 | | Bank of America | Deposit | (5,414.81) | (13,660.64) |
| Deposit | 02/28/2019 | | Bank of America | Deposit | (6,027.67) | (19,688.31) |
| Deposit | 03/31/2019 | | Bank of America | Deposit | (6,339.32) | (26,027.63) |
| Deposit | 04/19/2019 | | | Interest | (2,625.00) | (28,652.63) |
| Deposit | 04/30/2019 | | Bank of America | Deposit | (7,086.00) | (35,738.63) |
| Deposit | 05/31/2019 | | Bank of America | May 2019 | (6,866.73) | (42,605.36) |
| Deposit | 06/30/2019 | | Bank of America | Deposit | (7,026.83) | (49,632.19) |
| Deposit | 07/09/2019 | | Texas Mutual Insurance | WC dividends | (10,089.75) | (59,721.94) |
| Deposit | 07/12/2019 | | Bank of America | Deposit | (2,712.50) | (62,434.44) |
| Deposit | 07/31/2019 | | Bank of America | Deposit | (6,758.18) | (69,192.62) |
| Deposit | 08/30/2019 | | Bank of America | Deposit | (6,954.43) | (76,147.05) |
| Deposit | 09/30/2019 | | Bank of America | Deposit | (6,284.96) | (82,432.01) |
| Deposit | 10/31/2019 | | Bank of America | Deposit | (5,965.27) | (88,397.28) |
| Deposit | 11/30/2019 | | Bank of America | Deposit | (4,790.47) | (93,187.75) |
| Deposit | 12/30/2019 | | Bank of America | Deposit | (2,938.20) | (96,125.95) |
| Total 90010 · Interest Income | | | | | (96,125.95) | (96,125.95) |
| **TOTAL** | | | | | **0.00** | **0.00** |