

ENTERED
07/13/2021

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| PORT ARTHUR STEAM ENERGY, L.P. | § | CASE NO: 21-60034 |
| Debtor | § | |
| | § | CHAPTER 11 |
| | § | (Subchapter V) |
| | § | |

**ORDER GRANTING INTRADISTRICT TRANSFER**
**(RE: Docket No. 41)**

Oxbow Calcining LLC's motion for an intradistrict transfer is partially granted.

It is ordered that this case is transferred to the Houston District of the Southern District of Texas and assigned to Judge Christopher M. Lopez.

Signed: July 13, 2021

_____
Christopher Lopez
United States Bankruptcy Judge